**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BETH TYSON,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**ACCESS SERVICES,**<br><br>        **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 15-4653** |

**O R D E R**

**AND NOW**, this 25th day of January, 2016, for the reasons stated in the foregoing

Memorandum, upon consideration of Defendant Access Services' Motion to Dismiss Plaintiff's

Complaint (Dkt. 3), and all responses and replies thereto, it is hereby **ORDERED** that

Defendant's Motion to Dismiss is **GRANTED**.  Plaintiff's claims against Defendant are hereby

**DISMISSED WITHOUT PREJUDICE**, with leave to amend, within twenty-one (21) days.

**BY THE COURT:**

s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-4653 tyson v access servs\MtD Order.docx